IN THE USNTIATTEDEDIS S TRCIOCUTR T 
 FORT HED ISTROIFC TO REGON 

 EUGENDEI VISION 

VAN POUNDS., CasNe9 <3.1:9 �Gv-004:2:0-M 
 ORDER 
 Plaintiff, 
 v. 
CA1vIEROSNM ITiHn,d iviadnuda lly 
inh iosf ficciaapla BcRiItAyLN;I GHT, 
indiviadnuidanh l ilsy official capacity; 
anOdR EGODNE PARTMEONFT 
CONSU:NIEBRU SAINNDES SESR VICES, 
 Defendant. 
AIKEDNi.s tJruidcgte : 
 MagistlVrIautseKt aasfau bhhaafisil ehdiF si ndianngdRs e commendation
("F&(R'd'o)3c ).r ec1ommetnhdaidtne gfe nda1\tnitostt'io Do ins m(idsos8c ). be 
grantTehdic.sa sineso bwe fomree.S e 2e8 U .S§.6 C3.6 (b)a(nlFd)e (dRB..C) i Pv.. 
72(b). 
 Wheeni tphaerrot byj etcoat nspy o rtoifao m na gisjturdagtFee&' Rst, h e 
distcroiumcrutts m ta kaed en ovdae termionfta htapitoo rnto ifto hne magistra
judge’s report. See 28 U.S.C. § 686(b)(1); McDonnell Douglas Corp. v. Commodore 
Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert denied, 455 U.S. 
920 (1982). Plaintiff has filed timely objections (doc. 15) to the F&R and defendant's 
have filed a timely response to those objections. (doc. 16) Thus, this Court reviews 
the F&R de novo. 
 Having reviewed the objections as well as the entire file of this case, the Court 
finds no error in Magistrate Judge Kasubhai’s F&R. Accordingly, the Court adopts 
the F&R (do. 13) in its entirety. Defendants’ Motion to Dismiss is GRANTED, and 
this case is dismissed with prejudice. All other pending motions are DENIED as 
moot. 
 It is so ORDERED this 18th day of September, 2019. 
 Oss. Che 
 Ann Aiken 
 United States District Judge 

Pasa 9... ORTNRR